

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-17-166-AB |
| Plaintiff, | |
| vs. | ORDER OF DETENTION AFTER HEARING |
| AURA MARIA NEGREROS FIGUEROA | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central Dist, CA___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___Nature of allegations (FTA)___
___w/ DJ___

_____

_____

_____

and/or

B.  ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 7/17/19

_____
PAUL L. ABRAMS
UNITES STATES MAGISTRATE JUDGE